JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Angel Guerrero,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01766-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 23, 2021 to September 22, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Counsel for Plaintiff has several merit briefs being due on the

1

same week: six settlement letters and three merit briefs.  Counsel has nine hearings the same week as well.  Additional time is needed to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                    Respectfully submitted,

Dated: August 19, 2021       PENA & BROMBERG, ATTORNEYS AT LAW

                                  By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
                                      Attorneys for Plaintiff

Dated: August 19, 2021      PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                  By:  */s/ Sathya Oum*
                                      Sathya Oum
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*As authorized by email on August 19, 2021)

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including September 22, 2021, to file his motion for summary judgment. All other dates in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 20, 2021**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE